COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANA LUISA PENA SOTO ROMERO, | § | No. 08-10-00316-CV |
| Appellant, | § | Appeal from the |
| v. | § | 285th Judicial District Court |
| | § | of Bexar County, Texas |
| ROBERT ROMERO, | § | |
| Appellee. | § | (TC# 2009-CI-16404) |
| | § | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal. We grant the motion and dismiss the appeal with prejudice. *See* TEX.R.APP.P. 42.1(a)(1). Costs are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).


January 12, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.